UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| CHRISTINA CARLISLE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CAUSE NO. 1:07-CV-082 WL |
| SOCIAL SECURITY ADMINISTRATION, | ) ) ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

Christina Carlisle, by counsel, submitted a petition seeking leave to proceed *in forma pauperis*. The petition declares that she is not currently employed and has no significant assets. It appearing that she is unable to prepay the filing fee, the court: (1) **GRANTS** the *in forma pauperis* petition (docket # 2); (2) **DEFERS** the payment of the filing fee; and (3) **ORDERS** the plaintiff to pay the $350.00 filing fee from the proceeds of any recovery that she receives in this case; and (4) **DIRECTS**, pursuant to 28 U.S.C. § 1915(d), the U.S. Marshal Service to effect service of process on the defendant.

SO ORDERED.

ENTERED: April  9 , 2007

s/William C. Lee
William C. Lee, Judge
United States District Court
